UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICA'S GROWTH CAPITAL, LLC )<br>D/B/A AGC PARTNERS )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>PFIP, LLC D/B/A PLANET FITNESS )<br>)<br>      Defendant. )<br>) | Civil Action No:<br>**12-12088-RGS** |

## **FINAL JUDGMENT**

In accordance with the Court's Order of February 27, 2015 and findings in favor of the Plaintiff, America's Growth Capital, LLC d/b/a AGC Partners, on Count III (Quantum Meruit) and Count IV (Unjust Enrichment) of Plaintiff's Complaint in the above-captioned action, it is hereby ORDERED:

Judgment is entered for the plaintiff in the following amount:

1. **$2,525,000** in damages;
2. **$702,960** in prejudgment interest; and
3. Post-judgment interest, if any, pursuant to 28 U.S.C. § 1961.
4. Each side to bear its own costs.

By the Court,

/s/ Terri Seelye
Dated: March 18, 2015    Courtroom Clerk to the
Honorable Richard G. Stearns